IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN RODRIGUEZ,

    Plaintiff,

v.                                17-cv-648 KG/WPL

THE CITY OF ESPANOLA, a municipal corporation,
VICTOR GROSSETETE, in his individual capacity,
JASON GALLEGOS, in his individual capacity,
Former CITY OF ESPANOLA Police Department Chief
ERIC GARCIA, in his individual and official capacities,
and DOES 1-30,

    Defendants.

**ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE**

This matter is before me *sua sponte*. On June 19, 2017, I entered an Initial Scheduling Order scheduling a telephonic Rule 16 hearing for July 24, 2017 at 9:30 a.m. (Doc. 4.) Although Plaintiff's counsel appeared for the hearing, defense counsel did not do so. Therefore, the Rule 16 hearing is VACATED.

IT IS THEREFORE ORDERED that a show-cause hearing and scheduling conference is set for **July 28, 2017, at 9:30 a.m.**, in the **Pecos Courtroom** of the Pete V. Domenici United States Courthouse, **333 Lomas Blvd. NW, Albuquerque, New Mexico**. Defense counsel shall appear in person for this hearing. Plaintiff's counsel may appear by calling the Court's "meet-me" line at (505) 348-2356. It is recommended that a reliable long-distance carrier be used to ensure sound quality.

                                                                        _____
                                                                        William P. Lynch
                                                                        United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.