IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN RODRIGUEZ,

       Plaintiff,

v.                                     Cause No. 1:17-cv-00648 KG-WPL

THE CITY OF ESPAÑOLA, a municipal corporation,
VICTOR GROSSETETE, in his individual capacity,
JASON GALLEGOS, in his individual capacity,
former CITY OF ESPAÑOLA Police Department Chief
ERIC GARCIA, in his individual and official capacities,
and DOES 1-30,

       Defendants.

---

## AGREED ORDER GRANTING CITY OF ESPAÑOLA'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 14

---

       This matter came before the Court on the *City of Española's Unopposed Motion for Leave to File Third-Party Complaint for Declaratory Judgment Pursuant to Fed. R. Civ. P. 14* filed herein on August 16, 2017, (Doc. 21) (the "Motion"). The Court, having reviewed the Motion and being advised on the premises, finds that the Motion is well-taken and should be granted.

       IT IS HEREBY ORDERED that the City of Española is hereby granted leave to file a third-party complaint herein against the defendant insurers named in the Motion.

 

_____
UNITED STATES DISTRICT JUDGE