IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Jerry H. Ritter
United States Magistrate Judge**

**Clerk's Minutes**

Monday, April 09, 2018, at 2:00 p.m.

*Rodriguez v. City of Espanola et al*

CIV 17-0648 KG/JHR

**PLAINTIFF'S ATTORNEY PRESENT:**

**Sanjay Schmidt**

**DEFENDANTS' ATTORNEYS PRESENT:**

**Mark Basham
James Sullivan**


**TYPE OF PROCEEDING:** Telephonic Pre-Settlement Status Conference
Time – 10 minutes


**CLERK'S MINUTES:**

- The Court held a confidential telephonic pre-settlement status conference in the above-referenced case.
- The Court informed the parties that the settlement conference has technically begun.
- The Court's clerk will contact counsel individually to arrange a time for an ex parte call prior to the settlement conference.
- Plaintiff's counsel will provide depositions of Plaintiff and the named Defendants to the Court.
- The Court will also review Defendants' Motion to bifurcate.
- Defendants moved to excuse the individually-named Defendants from attending the conference. The Court, noting no objection, granted the request. Defendants will provide a form of order to the Court.