IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN RODRIQUEZ,

    Plaintiff

v.

CITY OF ESPANOLA, a Municipal Corporation,
VICTOR GROSSETETE, in his individual capacity,
JASON GALLEGOS, in his individual capacity,
former CITY OF ESPANOLA Police Department Chief,
ERIC GARCIA, in his individual and official capacities,
and DOES 1-30,

    Defendants

and                                              Cause No.: 1:17-cv-00648 KG/JHR

CITY OF ESPANOLA, a Municipal Corporation,

    Third-Party Plaintiff,

v.

ONEBEACON SPECIALTY INSURANCE COMPANY,
ATLANTIC SPECIALTY INSURANCE COMPANY,
And DANIELS INSURANCE AGENCY, INC.,

    Third-Party Defendants.

## JOINT MOTION OF THIRD-PARTY PLAINTIFF AND THIRD-PARTY DEFENDANTS TO DISMISS THE THIRD-PARTY COMPLAINT WITH PREJUDICE

THIRD-PARTY PLAINTIFF CITY OF ESPANOLA and THIRD-PARTY DEFENDANTS ONEBEACON SPECIALTY INSURANCE COMPANY, ATLANTIC SPECIALTY INSURANCE COMPANY, and DANIELS INSURANCE AGENCY, INC., by and through their respective counsel, move this Court pursuant to F.R.C.P. 41 for an Order dismissing the Third-Party Complaint, with prejudice, as to all Third-Party Defendants. Movants

would show the Court that they have settled all pending claims brought in the Third-Party Complaint.

WHEREFORE, the City of Espanola, OneBeacon Specialty Insurance Company, Atlantic Specialty Insurance Company, and Daniels Insurance Agency, Inc., request this Court enter its Order Dismissing the Third-Party Complaint, with prejudice, and for such other relief as the Court deems proper.

Respectfully submitted:

*/s/ Carol J. Ritchie*
Carol J. Ritchie
Mark L. Ish
Felker, Ish, Ritchie & Geer P.A.
911 Old Pecos Trail
Santa Fe, NM 87505
(505) 988-4483
cjrish84@hotmail.com
markish@felkerishlaw.com

Attorneys for OneBeacon Specialty Ins. Inc.
and Atlantic Specialty Insurance Inc.

Approved:

*/s/ Gerald A. Coppler*
Gerald A. Coppler
Coppler Law Firm P.A.
645 Don Gaspar Ave.
Santa Fe, NM 87505-2696
505-988-5704
gcoppler@coppler.com

Attorneys for the City of Espanola

*/s/ Tyler M. Cuff*
Tyler M. Cuff
Rodey, Dickason, Sloan, Akin and Robb P.A.
P.O. Box 1888
Albuquerque, NM  87103
505-768-7395
tcuff@rodey.com

Attorneys for Daniels Insurance Agency, Inc.

## Certificated of Service

The undersigned hereby certifies that the foregoing document was filed electronically through the CM/ECF system on April 20, 2018, which caused all counsel of record and parties *pro se* to be served by electronic mail, fax, or USPS, as more fully reflected in the Notice of Electronic Filing.

*/s/ Carol J. Ritchie*
Carol J. Ritchie

JtMtnDismiss